

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00663-CR &
04-13-00713-CR[1]

Dillan William **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-8100B
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appeal number 04-13-00713-CR is DIMISSED, and the trial court's judgment in appeal number 04-13-00663-CR is AFFIRMED.

SIGNED January 28, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] After judgment, both appellant's trial counsel and his current appellate counsel filed notices of appeal. Based on the separate notices of appeal, this court inadvertently docketed this single appeal as two separate appeals, assigning the first notice of appeal number 04-13-00663-CR, and then assigning the second notice of appeal number 04-13-00713-CR. It is clear there is but one judgment and one conviction for a single offense in this case. Accordingly, we dismiss appeal number 04-13-00713-CR because it is merely duplicative of the first filed appeal.